ACCEPTED
12-15-00160-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/28/2015 2:48:03 PM
Pam Estes
CLERK

**NO.** 12-15-00160-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/28/2015 2:48:03 PM
PAM ESTES
Clerk

ON APPEAL FROM THE 217TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2011-0160

| | | |
|---|---|---|
| **BRADLEY GRAHAM** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

## <u>MOTION FOR REHEARING TO REINSTATE APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Bradley Graham, appellant, in the above styled and numbered cause, and moves this Court to rehear his appeal and reinstate his appeal and shows the following in support.

### Procedural History

On October 21, 2015, the 12th Court of Appeals issued a Memorandum Opinion dismissing his appeal for want of jurisdiction due to the lack of the trial's certification of the appellant's right to appeal. On June 23, 2015, trial court Judge signed the trial's certification of the appellant's right to appeal but failed to specify the basis to appeal in the certification of appeal. On October 22, 2015, appellate counsel forwarded to the trial judge the trial's certification of the appellant's right to appeal and requested that his ministerial duty of certifying the appeal be completed and specify the reason to support the appeal. This case did not involve a plea bargain the defendant had a statutory right to appeal his case.

**Applicable Law and Argument**

This motion is filed under Rule 49.1, Tex. R. App. Pro., for the 12th Court of Appeals to reinstate appellant's appeal. On June 23, 2015, the trial court, appellant and his counsel signed a certification of his right to appeal. The trial court has corrected the trial court's certificate and noted that the appellant is entitled to right to appeal. With this corrected trial court certificate, compliance with Rule 25.2(a) (2) has been accomplished. Under Rule 2, Tex. R. App. Pro., the appellate court may, for good cause, suspend a rule's operation in a particular case.

The appellant has attached the amended trial court certificate, Exhibit A. The appellant is requesting the District Clerk to supplement the Clerk's records under Rule 34.5(c) with an amended the trial court certificate to provide a statutory basis to support the appeal.

**WHEREFORE, PREMISES CONSIDERED**, appellant prays that this Court grants his Motion for Rehearing and withdraw prior decision and reinstate his appeal.

Respectfully submitted,

/S/ *Albert J. Charanza, Jr.*
Albert J. Charanza, Jr.
Charanza Law Office, P.C.
Post Office Box 1825
Lufkin, Texas 75902
Tel: (936) 634-8568
Fax: (936) 634-0306
State Bar No. 00783820
Attorney for Bradley Graham

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2015 a copy of the above and foregoing Motion to reconsider Appeal was served upon the District Attorney's Office, at Angelina County Courthouse, 215 E. Lufkin Avenue, Lufkin, Texas 75901.

/S/ *Albert J. Charanza, Jr.*
Albert J. Charanza, Jr.

FILED OCT 28 AM 10: 43

CLERK DISTRICT COURT
ANGELINA COUNTY, TEXAS





FILED 15 JUN 23 AM 9:03

**NO. 2011-0160**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 217th DISTRICT COURT |
| VS. | § | OF |
| | § | |
| BRADLEY GRAHAM | § | ANGELINA COUNTY, TEXAS |

*Amended* <u>**TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL**</u>

I, judge of the trial court, certify this criminal case:

✓   is not a plea-bargain case, and the defendant has the right of appeal. [or]

___   is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial

and not withdrawn or waived, and the defendant has the right of appeal. [or]

___   is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

___   is a plea-bargain case, and the defendant has NO right of appeal. [or]

___   the defendant has waived the right of appeal.

_____
Presiding Judge

_____June 22, 2015_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX.R.APP.P.68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant (if not represented by counsel)
Bradley Graham, Inmate
Angelina County Jail
P.O. Box 114
Lufkin, Texas 75902

_____
Albert J. Charanza, Jr., State Bar No. 00783820
Charanza Law Office, P.C., 412 South First Street
Post Office Box 1825, Lufkin, Texas 75902
Tel: (936) 634-8568   Fax: (936) 634-0306

**EXHIBIT**

A